DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:

☒ TOO VOLUMINOUS

☐ QUALITY NOT LEGIBLE

☐ FONT TOO SMALL

☐ PHOTOGRAPHS

☐ OTHER: _____

TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY YOU CAN CALL THE CLERK'S OFFICE AT 815-987-4354.