**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08cv50094

United States of America,
        Plaintiff,
  v.
Waste Management of Illinois, Inc., Waste Management
of Wisconsin, Inc., and EcoLab Inc., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Waste Management of Illinois, Inc. and Waste Management of Wisconsin, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Vilan Odekar | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Vilan Odekar | |
| FIRM <br> Quarles & Brady LLP | |
| STREET ADDRESS <br> 500 West Madison Street, Suite 3700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6293496 | TELEPHONE NUMBER <br> (312) 715-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |