UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

**In the Matter of**　　　　　　　　　　　　　　　　　Case No.　　**3:08 cv 50094**
　　　　　　　　　　　　　　　　　　　　　　　　　**Magistrate Judge Mahoney**

*United States of America*
　　　　　　　　*Plaintiff*
　　v.
*Waste Management of Illinois, Inc., et al.*
　　　　　　　　*Defendants*

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

Defendant Ecolab Inc.

| NAME | Daniel C. Murray | | |
|---|---|---|---|
| SIGNATURE | */s/ Daniel C. Murray* | | |
| FIRM | JOHNSON & BELL, LTD. | | |
| STREET ADDRESS | 33 West Monroe, Suite 2700 | | |
| CITY/STATE/ZIP | Chicago, Illinois 60603-5404 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1999524 | | TEL. NUMBER 312 984 0226 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES  X | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES | NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES  X | NO |
| IF THIS CASE REACHES TRIAL WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES  X | NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL　　　　　　　　　　APPOINTED COUNSEL | | | |

1880718