UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

In the Matter of

Case No. 3:08 cv 50094
Magistrate Judge Mahoney

*United States of America*
    *Plaintiff*
  v.
*Waste Management of Illinois, Inc., et al.*
    *Defendants*

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

Defendant Ecolab Inc.

| | |
|---|---|
| NAME | Garrett L. Boehm, Jr. |
| SIGNATURE | /s/ Garrett L. Boehm, Jr. |
| FIRM | JOHNSON & BELL, LTD. |
| STREET ADDRESS | 33 West Monroe, Suite 2700 |
| CITY/STATE/ZIP | Chicago, Illinois 60603-5404 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6269438 | TEL. NUMBER 312 984 0279 | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO X |
| IF THIS CASE REACHES TRIAL WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | | |
| RETAINED COUNSEL      APPOINTED COUNSEL | | |

1880744