UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 08050094 |
| ) | |
| Waste Management of Illinois, Inc.; ) | |
| Waste Management of Wisconsin, Inc.; ) | |
| and Ecolab, Inc., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION TO INTERVENE AS PARTY DEFENDANT

**TO:**

United States of America
c/o Attorney Francis J. Biros
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044

c/o Monica V. Mallory
United States Attorney's Office
308 West State Street
Suite 300
Rockford, IL 61101

Ecolab, Inc.
c/o Daniel Charles Murray and
Frederick S. Mueller
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603

Waste Management of Illinois and
Waste Management of Wisconsin
c/o Attorney Vilan Odekar
Quarles & Brady LLP
500 West Madison Street
Suite 3700
Chicago, IL 60661

### NOTICE OF MOTION

PLEASE TAKE NOTICE, that Regal-Beloit Corporation ("Regal-Beloit) by its undersigned attorneys, Gonzalez Saggio & Harlan LLP, will move the court the Honorable

1

Frederick J. Kapala, presiding, at the U.S. District Courthouse for the Northern District of Illinois, United States Courthouse, 211 South Court Street, Rockford, Illinois, 61101, in his courtroom, on Wednesday, July 23, 2008 at 1:30 p.m. for an order permitting Regal-Beloit to intervene as a defendant in this matter pursuant to Fed. R. Civ. P. 24(a)(2) or 24(b).

Dated this 27th day of June, 2008.

/s/ *Richard Porter*

Richard H. Porter
State Bar No. 1015230
Attorneys for Regal-Beloit Corporation
GONZALEZ SAGGIO & HARLAN LLP
225 E. Michigan Street
Fourth Floor
Milwaukee, Wisconsin 53202
Phone: 414.277.8500
Fax: 414.277.8521