UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 08050094 |
| ) | |
| Waste Management of Illinois, Inc.; ) | |
| Waste Management of Wisconsin, Inc.; ) | |
| and Ecolab, Inc., ) | |
| ) | |
| Defendants. ) | |

**DISCLOSURE STATEMENT/NOTIFICATION AS TO AFFILIATES**

The undersigned, counsel of record for Defendant Regal-Beloit Corporation ("Regal-Beloit), furnishes the following list in compliance with Federal Rules of Civil Procedure 7.1 and local rule 3.2

 (1) The full name of the party we represent is Regal-Beloit Corporation.

 (2) If such party or amicus is a corporation:

  (i) Regal-Beloit Corporation is the parent corporation.

  (ii) The following are corporate stockholders which are publicly held companies owning 5 percent or more of the stock of the party or *amicus*:

   AXA Financial, Inc.
   1290 Avenue of the Americas
   New York, NY 10104

   Dimensional Fund Advisors LP
   1299 Ocean Avenue
   Santa Monica, CA 90401

       Barclays Global Investors, NA
       45 Fremont Street
       San Francisco, CA 94105

  (3)  Attorney Richard H. Porter of Gonzalez Saggio & Harlan LLP will appear on behalf of Regal-Beloit Corporation.

Dated at Milwaukee, Wisconsin this 27th day of June, 2008.

       */s/ Richard Porter*

       Richard H. Porter
       State Bar No. 1015230
       Attorneys for Regal-Beloit Corporation
       GONZALEZ SAGGIO & HARLAN LLP
       225 E. Michigan Street
       Fourth Floor
       Milwaukee, Wisconsin 53202
       Phone: 414.277.8500
       Fax: 414.277.8521