UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.:  08050094 |
| ) | |
| Waste Management of Illinois, Inc.; ) | |
| Waste Management of Wisconsin, Inc.; ) | |
| and Ecolab, Inc., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008 I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF parties:

United States of America
c/o Attorney Francis J. Biros
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044

c/o Monica V. Mallory
United States Attorney's Office
308 West State Street
Suite 300
Rockford, IL 61101

Ecolab, Inc.
c/o Daniel Charles Murray and
Frederick S. Mueller
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603

Waste Management of Illinois and
Waste Management of Wisconsin
c/o Attorney Vilan Odekar
Quarles & Brady LLP
500 West Madison Street
Suite 3700
Chicago, IL 60661

Respectfully submitted this 27th day of June, 2008.

            */s/  Richard H. Porter*
            Attorneys for Regal-Beloit Corporation
            GONZALEZ SAGGIO & HARLAN LLP
            225 E. Michigan Street
            Fourth Floor
            Milwaukee, Wisconsin 53202
            Phone:  414.277.8500
            Fax:  414.277.8521
            Facsimile:     414-277-8521