UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>Waste Management of Illinois, Inc.; )<br>Waste Management of Wisconsin, Inc.; )<br>and Ecolab, Inc., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.:  08050094 |

**AMENDED NOTICE OF MOTION TO INTERVENE AS PARTY DEFENDANT**

**TO:**

| | |
|---|---|
| United States of America<br>c/o Attorney Francis J. Biros<br>United States Department of Justice<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, D.C. 20044 | c/o Monica V. Mallory<br>United States Attorney's Office<br>308 West State Street<br>Suite 300<br>Rockford, IL 61101 |
| Ecolab, Inc.<br>c/o Daniel Charles Murray and<br>Frederick S. Mueller<br>Johnson & Bell, Ltd.<br>33 West Monroe Street<br>Suite 2700<br>Chicago, IL 60603 | Waste Management of Illinois and<br>Waste Management of Wisconsin<br>c/o Attorney Vilan Odekar<br>Quarles & Brady LLP<br>500 West Madison Street<br>Suite 3700<br>Chicago, IL 60661 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that Regal-Beloit Corporation ("Regal-Beloit) by its undersigned attorneys, Gonzalez Saggio & Harlan LLP, will move the court the Honorable P. Michael Mahoney, presiding, at the U.S. District Courthouse for the Northern District of Illinois,

United States Courthouse, 211 South Court Street, Rockford, Illinois, 61101, in his courtroom, on Wednesday, July 23, 2008 at 1:30 p.m. for an order permitting Regal-Beloit to intervene as a defendant in this matter pursuant to Fed. R. Civ. P. 24(a)(2) or 24(b).

Dated this 1st day of July, 2008.

*/s/ Richard Porter*
Richard H. Porter
State Bar No. 1015230
Attorneys for Regal-Beloit Corporation
GONZALEZ SAGGIO & HARLAN LLP
225 E. Michigan Street
Fourth Floor
Milwaukee, Wisconsin 53202
Phone: 414.277.8500
Fax: 414.277.8521
Email: richard_porter@gshllp.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 08050094 |
| | ) | |
| Waste Management of Illinois, Inc.; | ) | |
| Waste Management of Wisconsin, Inc.; | ) | |
| and Ecolab, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 1, 2008 I electronically filed the foregoing Amended Notice of Motion with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF parties:

United States of America
c/o Attorney Francis J. Biros
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044

c/o Monica V. Mallory
United States Attorney's Office
308 West State Street
Suite 300
Rockford, IL 61101

Ecolab, Inc.
c/o Daniel Charles Murray and
Frederick S. Mueller
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603

Waste Management of Illinois and
Waste Management of Wisconsin
c/o Attorney Vilan Odekar
Quarles & Brady LLP
500 West Madison Street
Suite 3700
Chicago, IL 60661

Respectfully submitted this 1st day of July, 2008.

                                      */s/  Richard H. Porter*
                                      Attorneys for Regal-Beloit Corporation
                                      GONZALEZ SAGGIO & HARLAN LLP
                                      225 E. Michigan Street
                                      Fourth Floor
                                      Milwaukee, Wisconsin 53202
                                      Phone:  414.277.8500
                                      Fax:  414.277.8521
                                      Email: richard_porter@gshllp.com