U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 08-CV-50094

UNITED STATES OF AMERICA
  v.
WASTE MANAGEMENT OF ILLINOIS, INC.,
WASTE MANAGEMENT OF WISCONSIN, INC.,
and ECOLAB INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REGAL-BELOIT CORPORATION

| |
|---|
| NAME (Type or print)<br>Richard H. Porter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard H. Porter |
| FIRM<br>Gonzalez Saggio & Harlan LLP |
| STREET ADDRESS<br>225 E. Michigan, 4th Floor |
| CITY/STATE/ZIP<br>Milwaukee, Wisconsin 53202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1015230 | TELEPHONE NUMBER<br>414-277-8500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐