# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 4<G 944=8

YRMXIH WXEXI SJ EQIVMGE
z2
[EWXI QEREKIQIRX SJ MPPMRSMW0 MRG20
[EWXI QEREKIQIRX SJ [MWGSRWMR0 MRG20
erh IGSPEF MRG2

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VIKEP1FIPSMX GSVTSVEXMSR

| |
|---|
| NAME (Type or print) |
| TLMPMT W2 LSPPS[E] |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ TLMPMT W2 LSPPS[E] |
| FIRM |
| KSR^EPI^ OWEKKMS ERH LEVPER 0P2P2G2 |
| STREET ADDRESS |
| 79 IEWX [EGOIV HVMZI0 WYMXI 944 |
| CITY/STATE/ZIP |
| GLMGEKS 0MP :4:45 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 756267:248;9 |

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | ☐ | NO | 8 |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | 8 | NO | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | ☐ | NO | 8 |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | ☐ | NO | 8 |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐