**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 50094 |
|---|---|

UNITED STATES OF AMERICA
v.
WASTE MANAGEMENT OF ILLINOIS, INC.,
WASTE MANAGEMENT OF WISCONSIN, INC.,
AND ECOLAB INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REGAL-BELOIT CORPORATION

| NAME (Type or print) |
|---|
| PHILIP S. HOLLOWAY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ PHILIP S. HOLLOWAY |

| FIRM |
|---|
| GONZALEZ, SAGGIO AND HARLAN, L.L.C. |

| STREET ADDRESS |
|---|
| 35 EAST WACKER DRIVE, SUITE 500 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 312.236.0475 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐