# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

United States of America

                                   Plaintiff,

v.                                                    Case No.: 3:08−cv−50094
                                                           Honorable Frederick J. Kapala

Waste Management of Illinois Inc, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: On the Court's own motion, hearing as to motion to intervene[13] is reset for 8/20/2008 at 01:30 PM. Status hearing reset as to time only for 8/8/2008 at 10:00 AM. Status to be held telephonically with plaintiff to initiate the call. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.